IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mohammad Sayyahin ) | |
| A 76 773 946 ) | **08 C 65** |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | **JUDGE MORAN** |
| Michael Chertoff, Secretary of ) | **MAGISTRATE JUDGE SCHENKIER** |
| U.S. Department of Homeland Security; ) | |
| Donald Ferguson, United States Citizenship ) | |
| & Immigration Service, Chicago District Director; ) | |
| Michael B. Mukasey, U.S. Attorney General; ) | |
| and the United States of America. ) | |
| ) | |
| Defendants. ) | |

**COMPLAINT FOR WRIT OF MANDAMUS**

NOW COMES the Plaintiff Mohammad Sayyahin ("Sayyahin"), by and through their attorneys, the AzulaySeiden Law Group, and complains as follows:

**INTRODUCTION**

1. This action is brought to compel action on Sayyahin's properly Application for Lawful Permanent Resident Status ("Form I-485") with United States Citizenship & Immigration Services ("USCIS" or "the Service") in Chicago. To Sayyahin's detriment, Defendants have failed to adjudicate the application.

**PARTIES**

2. Sayyahin is a native and citizen of Jordan, who entered the United States in April of 1988 on a valid student visa.

3. Sayyahin was married to a U.S. citizen on February 19, 2003 in Cook County, Illinois. On March 20, 2003, Sayyahin's wife filed a Petition for Alien Relative ("Form I-130") on her

1

husband's behalf, which was approved on September 18, 2006. On December 20, 2005, Sayyahin filed Form I-485, which remains pending with USCIS in Chicago.

4. Defendant Michael CHERTOFF ("Chertoff"), the Secretary for the Department of Homeland Security ("DHS"), is being sued in his official capacity only. Chertoff is responsible for adjudication of Sayyahin's application pursuant to 8 U.S.C. §1225.

5. Defendant Donald FERGUSON ("Ferguson"), the District Director of Chicago USCIS, is being sued in his official capacity only. Ferguson is charged with supervisory authority over all of Chicago USCIS operations and USCIS agents and officers acting in their official capacity.

6. Defendant, Michael B. Mukasey ("Mukasey"), is the Attorney General of the United States and is being sued in his official capacity only. Mukasey is responsible for the adjudication of Sayyahin's application pursuant to 8 U.S.C. §1225.

## JURISDICTION

7. This Court has original jurisdiction to hear both civil actions arising under the laws of the United States and actions to compel an officer or employee of the United States or any agency thereof to perform a duty. 28 U.S.C. §1331; 28 U.S.C. §1361. This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§2201-2202. Relief is requested pursuant to said statutes.

8. This action is brought to compel the Defendants, officers and an agency of the United States, to perform the duties arising under the law of the United States.

9. This Court has jurisdiction to hear actions arising from claims that an agency or an officer or employee of a government agency failed to act in its official capacity and the person to whom the duty owed suffered a legal wrong. 5 U.S.C. §702.

10. This action invokes Sayyahin's right of due process under the Fifth Amendment of the United States Constitution, over which this Court retains jurisdiction. 28 U.S.C. §1331

11. Federal courts retain jurisdiction over adjudication matters when the INS (now USCIS) refuses to adjudicate their applications. *Iddir v. INS*, 166 F.Supp.2d 1250, 1260 (N.D. Ill. 2001).

12. The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") does not divest this Court of jurisdiction because Sayyahin is not seeking a review of a denial; he is seeking to have his application adjudicated, which is among the duties conferred upon the Defendants by Congress. *Id.* at 1256.

## VENUE

13. Venue is proper in this court pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to Sayyahin's claim occurred.

14. Sayyahin's Form I-485 was properly filed and, to Sayyahin's knowledge, remains pending with the Chicago USCIS District Director.

## EXHAUSTION OF REMEDIES

15. Sayyahin has exhausted all administrative remedies. Sayyahin has made numerous inquiries concerning the status of his application and Defendants have failed to properly respond.

## CAUSE OF ACTION

16. Sayyahin is a native and citizen of Jordan, who entered the United States in April of 1988 on a valid student visa.

17. On March 20, 2003, Sayyahin's wife filed a Petition for Alien Relative ("Form I-130") on her husband's behalf. On December 20, 2005, Sayyahin filed Form I-485, which remains pending with USCIS in Chicago.

18. On September 18, 2006, Sayyahin and his wife appeared for their initial interview at the USCIS District Office in Chicago in regards to the adjudication of Forms I-130 and I-485.

19. At the interview, the Adjudications Officer approved the Form I-130 filed on Sayyahin's behalf. **See Exhibit 1**. The Officer issued a Request for Evidence in regards to the Form I-485 and a response was timely submitted by Sayyahin's attorney on October 20, 2006. **See Exhibit 2**.

20. On January 12, 2007, Sayyahin, through his attorney, contacted the USCIS Customer Assistance Office inquiring about the status of his pending Form I-485. Sayyahin's attorney received a response to said inquiry on May 16, 2007 indicating that the application was pending due to a name check which was being conducted by the Federal Bureau of Investigation ("FBI"). **See Exhibit 3**.

21. On January 12, 2007, Sayyahin's wife also contacted Senator Richard J. Durbin seeking his assistance in the matter. **See Exhibit 4**. An inquiry was made by the Senator's Director of Constituent Services on January 23, 2007 and a response was received on May 7, 2007, also indicating that the background investigation conducted by the FBI had not been completed. **See Exhibit 5**.

22. On March 6, 2007, a second inquiry was made by Senator Richard J. Durbin's office and an identical response, indicating that Sayyahin's Form I-485 was pending due to the FBI background investigation, was received on March 19, 2007.  **See Exhibit 6**.

23. On March 8, 2007, Sayyahin attended an appointment at the USCIS District office in Chicago with an Information Officer ("Info Pass appointment") inquiring about his application.  On that occasion, Sayyahin was informed by the Officer that his application was submitted for final review in March of 2007.  **See Exhibit 7**.

24. When a decision was not received, Sayyahin contacted Congressman Daniel Lipinski's office in regards to his pending Form I-485.  An inquiry was submitted by Lipinski's office on May 16, 2007 and a response was received on September 6, 2007, stating that the bona fides submitted in support of Sayyahin's application were under further review.  **See Exhibit 8**.

25. On August 23, 2007, Sayyahin, through his attorney, attended a second Info Pass appointment at the USCIS District Office in Chicago.  **See Exhibit 9**.  At that time, Sayyahin's attorney was informed that Sayyahin's FBI background check had cleared.

26. When a decision had still not been made approximately one month later, Sayyahin's attorney sent another inquiry to the USCIS Chicago District Office indicating that the FBI name check had been completed.  A response was received on November 15, 2007, stating that due to the prolonged processing of Sayyahin's case, Sayyahin would need to be scheduled for *another* biometrics appointment so his fingerprints could be taken again.  **See Exhibit 10**.

27. In November of 2007, Sayyahin received an appointment notice from the USCIS Application Support Center, notifying him of his scheduled biometrics appointment.  **See**

5

**Exhibit 11**. On November 24, 2007, Sayyahin appeared for the appointment and his fingerprints were taken.

28. It has been over one month since Sayyahin appeared for his biometrics appointment and there has not yet been a decision on his Form I-485. Sayyahin's application has been pending for over two years and throughout that time numerous inquires have been made with the USCIS.

29. Sayyahin has been greatly damaged by the failure of the Defendants to act in accord with their duties under law. Sayyahin has a meritorious application which cannot be adjudicated because of Defendants' refusal to do so.

30. The Defendants delay in the processing of Sayyahin's application has further deprived the Sayyahin of his right to due process under the law as provided by the Fifth Amendment of the United States Constitution.

31. The Defendants, in violation of the Administrative Procedure Act, 5 U.S.C. §701 *et seq.* are unlawfully withholding and unreasonably delaying action on Sayyahin's application and have subsequently failed to carry out the adjudicative functions delegated to them by law with regard to Sayyahin's case.

32. Sayyahin has made numerous status inquiries in the attempt to secure adjudication of his application, to no avail. Accordingly, Sayyahin has been forced to pursue the instant action.

## PRAYER

WHEREFORE, Sayyahin requests that this Honorable Court enter an order:

   (a)   Requiring Defendants to adjudicate Sayyahin's Application for Lawful Permanent Resident Status (Form I-485);

(b)    Awarding Sayyahin reasonable attorney's fees pursuant to 28 U.S.C. §2412 for failure of the Defendants to perform their duties within a reasonable amount of time; and

(c)    Granting such other relief at law and in equity as justice may so require.

Respectfully submitted,

s/REBECCA M. WHITING
Rebecca M. Whiting

AzulaySeiden Law Group
Attorneys for Plaintiff
205 North Michigan Ave., 40th Floor
Chicago, IL 60601
(312) 832-9200
#6294076

NOTICE OF FILING

TO:

| | |
|---|---|
| US Attorney General<br>Michael B. Mukasey<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530<br>**Via Certified Mail** | District Director, USCIS<br>Donald Ferguson<br>101 West Congress Pkwy.<br>Chicago, IL 60605<br>**Via Certified Mail** |
| United States Attorney<br>219 South Dearborn, 5th Fl.<br>Chicago, IL 60604<br>**Via Certified Mail** | Office of General Counsel<br>Michael Chertoff<br>U.S. Dept. of Homeland Security<br>Washington, D.C. 20528<br>**Via Certified Mail** |

PLEASE TAKE NOTICE that on January 3, 2008, Plaintiff electronically filed with the United States District Court for the Northern District of Illinois, their Complaint for Writ of Mandamus.

<u>s/REBECCA M. WHITING</u>
Rebecca M. Whiting

AzulaySeiden Law Group
Attorneys for Plaintiff
205 North Michigan Ave., 40th Floor
Chicago, IL 60601
(312) 832-9200
#6294076