**08 C 65**

**FILED**
**JANUARY 3, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**



U.S. Citizenship and Immigration Services

**JUDGE MORAN**
**MAGISTRATE JUDGE SCHENKIER**

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*101 West Congress Parkway*
*Chicago, Illinois 60605*

A76773946

Date:  09/18/06

Mr. Mohammad Sayyahin
~~6801 West 98th Street~~
~~Palos Hills, IL 60465~~

### REQUEST FOR EVIDENCE

The documentation submitted during the adjustment interview is not sufficient to warrant a favorable consideration of your petition/application. The following information is also required:

**PLEASE SEE FOLLOWING SHEET**

Your response must be received in this Office **within 84 days** from today's date. Your case is being held in this office pending your response. Within this period you may:

1. Submit all of the evidence requested;

2. Submit some or none of the evidence requested and ask for a decision based on the record; or

3. Withdraw the application or petition. (It is noted that if you request that the

100-1011 8



EXHIBIT 2

application or petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time. Submission of only part of the evidence requested will be considered a request for a decision based upon the record (#2 Above). **No extension of the period allowed to submit evidence will be granted.** If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

If you do not respond to this request with the time allowed, your case will be considered abandoned and denied due to lack of prosecution. Evidence received in this office after the due date may not be considered.

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**

**Please submit all documents to the attention of:**   OFFICER C. PENDLEY
U.S. Citizenship and Immigration Services
101 West Congress Parkway
Chicago, IL 60605

Sincerely,

*[signature: Ruth A. Dorochoff]*

District Director



U.S. Citizenship
and Immigration
Services

**U.S. Department of Homeland Security**
**U.S. Citizenship and Immigration Services**
*101 W. Congress Parkway.*
*Chicago, Illinois 60605*

**PLEASE RETURN THIS LETTER WITH YOUR RESPONSE TO: OFFICER PENDLEY**

Name: Mr.Mohammad Sayyahin

A76773946

PLEASE COMPLY WITH THE BELOW CHECKED INSTRUCTIONS

☐ 1. Please complete the blocks on your enclosed application/petition/form, which are highlighted.
☐ 2. Furnish the required fee of $ __1000__ for Form __I-485A__.
☐ 3. A foreign document must be accompanied by a translation in English. The translator must certify that
　　　he/she is competent to translate and that the translation is accurate.
☐ 4. Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or
　　　other vehicle on which you traveled or provide a sworn statement of how you entered the United States.
☐ 5. Furnish two (2) color photographs. These photos must be passport style as indicated in the attached
　　　page. **See attachment.**
☐ 6. I-864 Affidavit of Support and last three years of tax returns, W2s and a job letter for ☐Sponsor
　　　and/or ☐Joint Sponsor. This form must be completely filled out and notarized. Failure to follow the directions and complete this form accurately may result in denial of your application.
　　7. You must provide a sworn statement for **each and every arrest** and for charges against you including the
　　　dates and places. You must provide **certified court dispositions** (not police reports) for **each and every arrest and charge**.
☐ 8. Your case is continued for your fingerprints to clear.

☐ 9. Your case is continued because you need to submit new fingerprints. (See attached fingerprint referral letter).

☐ 10. Submit medical exam (Form I-693) and immunization supplement form from an INS Certified Civil Surgeon. These documents must be in a sealed envelope from the doctor.

☐ 11. Please submit the following types of evidence to support the claimed relationship between the petitioner and the beneficiary:

    ☐ a. Birth Certificates of any children born
    ☐ b. Official Marriage Certificate
    ☐ c. Proof of termination of previous marriages, such as divorce decrees and death certificates for
    ☐ d. Wedding photos and other photos of you and your spouse together during your entire relationship.
    e. Proof of any joint purchases or ownership, such as TV, furniture, car, house, etc.
    f. Proof of joint credit established since marriage, such as joint credit cards, loans, etc.
    g. Proofs of actual shared residence such as lease agreements, property deeds or mortgages, etc. If you have none of the above, provide a notarized affidavit from your current landlord.
    h. Proof of bank statements for checking and/or savings accounts and canceled checks throughout your marriage.
    ☐ i. IRS Federal Tax Returns **with W2s** for 2003 or 2004, 2005
    ☐ j. Proof of medical, life and auto insurance during your marriage.
    ☐ k. Proof of utility bills for a shared residence, such as telephone, electric, gas, etc. You should provide statements that cover the duration of your marriage.

☒ 12. Other: Please provide an IRS Form 1722 certified printout from the Internal Revenue Service for the taxable year 2005 and the W-2G.

PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS WITH YOUR RESPONSE TO THE ADDRESS AT THE TOP OF THIS PAGE