Case 1:08-cv-00065   Document 1-4   Filed 01/03/2008   Page 1 of 2

Page 1 of 2

**FILED**
**JANUARY 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 65**

**JUDGE MORAN**
**MAGISTRATE JUDGE SCHENKIER**

Omar Abuzir

| | |
|---|---|
| From: | Omar Abuzir [oabuzir@kam-law.com] |
| Sent: | Thursday, September 13, 2007 4:15 PM |
| To: | 'CAO PILOT' |
| Subject: | RE: Mohammad Sayyahin (A76 773 946) |

| | |
|---|---|
| Applicant Name: | Mohammad Sayyahin |
| Alien No.: | A76 773 946 |
| Form: | I-485 |
| Date of Interview: | 9/18/06 |
| Interviewing Officer: | C. Pendley |

This shall serve as a follow up relating to the above referenced matter number. On August 23, 2007, an information officer at the Chicago District Office at USCIS informed me that the FBI name check is now clear. Accordingly, please proceed to adjudicate the applications.

Omar A. Abuzir
Attorney at Law
Khalaf, Abuzir & Mitchell, P.C.
10803 S. Roberts Road
Palos Hills, Illinois 60465
tel. (708)233-4492
fax (708)233-4161

**From:** CAO PILOT [mailto:CAO.Pilot@dhs.gov]
**Sent:** Wednesday, May 16, 2007 2:45 PM
**To:** Omar Abuzir
**Subject:** RE: Mohammad Sayyahin (A76 773 946)

Dear Mr. Abuzir:

Thank you for your e-mail to the U.S. Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

The processing of your client's case has been delayed. A check of our records establishes that the case is not yet ready for decision, as the FBI's name check is still pending. Therefore, the required investigation into your client's background remains open.

Until the background investigation is completed, we cannot move forward on the case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete.

We trust that this information is helpful.

Sincerely,

*Lorraine Silva*
Customer Assistance Office
U.S. Citizenship and Immigration Services



EXHIBIT 3

9/13/2007

**From:** Omar Abuzir [mailto:oabuzir@kam-law.com]
**Sent:** Friday, January 12, 2007 2:23 PM
**To:** 'CAO PILOT'
**Subject:** Mohammad Sayyahin (A76 773 946)

Applicant Name:      Mohammad Sayyahin
Alien No.:           A76 773 946
Form:                I-485
Date of Interview:   9/18/06
Interviewing Officer: C. Pendley

Submitted request for evidence within 30 days after interview. Informed by IIO that all name/security checks have cleared. Has now been over 90 days since submission of request for evidence without adjudication of case.

Omar A. Abuzir
Attorney at Law
Khalaf, Abuzir & Mitchell, P.C.
10065 S. Roberts Road
Palos Hills, Illinois 60465
tel (708)233-1122
fax (708)233-1124

9/13/2007