FILED
JANUARY 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 65

JUDGE MORAN
MAGISTRATE JUDGE SCHENKIER

**Halima Graoui & Mohammad Sayyahin**

~~8884 W_____ Street~~
~~P____ Hills, Illinois 60___~~
~~(___)___-____~~

January 12, 2007

Senator Richard J. Durbin
230 S Dearborn St., STE 3892
Chicago, IL 60604-1483

    RE:   Immigration Matters
             Mohammad Sayyahin
             Alien File No.: A76 773 946

Dear Sir or Madam:

I am writing you this letter pursuant to your offices request relating to my problems with the U.S. Citizenship & Immigration Service. I am a United States citizen and filed an application for adjustment of status on behalf of my husband Mohammad Sayyahin. I originally filed his I-130 Alien Relative Petition on March 20, 2003. We were scheduled for an interview on Mohammad's applications on September 18, 2006. At the time of the interview, our I-130 application was approved, however, the officer, Officer C. Pendley, did not accept copies of our federal income tax returns and requested an IRS Form 1722. Within 30 days, we provided this evidence to the officer via hand delivery. It has now been over 90 days since submitting the requested evidence and we have not received any correspondence relating to the status of the application. The officer at the time of the interview informed us that all his security checks have cleared and upon receipt of the tax information, that she would adjudicate the case. Our efforts to find out the status of the application have been futile and have been forced to resort to seeking your assistance in this matter. Accordingly, I am giving you permission to look into this situation on my behalf.

Your assistance is greatly appreciated.

Sincerely

Halima Graoui

*[signature]*

EXHIBIT 4

RICHARD J. DURBIN
ILLINOIS

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON RULES
AND ADMINISTRATION

ASSISTANT DEMOCRATIC
LEADER

# United States Senate
## Washington, DC 20510-1504

232 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1304
(202) 224-2152
TTY (202) 224-8180

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

701 NORTH COURT STREET
MARION, IL 62959
(618) 998-8812

durbin.senate.gov

January 23, 2007

Mrs. Halima Graoui
~~[address redacted]~~
~~[address redacted]~~

Dear Mrs. Graoui:

Thank you for your recent inquiry to my office. I have been informed of the nature of your concern and will do my best to assist you.

~~[name redacted]~~, a Senate Aide in my Chicago office, assists me in matters such as these and will contact the USCIS to make an inquiry. I trust that this matter will receive prompt and complete consideration.

You will be contacted as soon as a response has been received. We ask that you allow at least thirty (30) to sixty (60) days for a response. However, if you have additional information or concerns relative to this matter, please feel free to contact my office at 312/353-4952.

Very truly yours,

*[signature]*

Richard J. Durbin
United States Senator

230 South Dearborn St.
Suite 3892
Chicago, Illinois 60604
312/353-4952

RJD/kl