Case 1:08-cv-00065   Document 1-7   Filed 01/03/2008   Page 1 of 3

FILED
JANUARY 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 65

**RICHARD J. DURBIN**
ILLINOIS

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON RULES AND ADMINISTRATION

ASSISTANT DEMOCRATIC LEADER

# United States Senate
Washington, DC 20510-1304

332 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1304
(202) 224-2152
TTY (202) 224-8180

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

701 NORTH COURT STREET
MARION, IL 62959
(618) 998-8812

durbin.senate.gov

March 22, 2007

Mrs. Halima Graoui


**JUDGE MORAN
MAGISTRATE JUDGE SCHENKIER**

Dear Mrs. Graoui:

I have received the enclosed response from USCIS, regarding my office's inquiry on your behalf.

I trust that we have been of service to you.

Please feel free to contact my office again if we can assist you in other matters of federal concern.

Very truly yours,

Richard J. Durbin
United States Senator

230 South Dearborn St.
Suite 3892
Chicago, Illinois  60604
312/353-4952

RJD/kl


EXHIBIT 6

**Love, Kai (Durbin)**

---

| | | |
|---|---|---|
| **From:** | Hardy, Gwendolyn ████████ | on behalf of CHI-Congressional1 ██ |
| **Sent:** | Monday, March 19, 2007 12:17 PM | |
| **To:** | ████████ (Durbin) | |
| **Subject:** | A 76 773 946 | |

The Honorable Richard J. Durbin
U.S. Senator
Attn: Kai A. Love

March 19, 2007

A76-773-946 Mohammad Sayyahin

Dear Senator Durbin:

This is in response to your inquiry dated March 6, 2007. The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your constituent, Mohammad Sayyahin. Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your constituent has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time-period it takes for the results to be electronically submitted to USCIS and updated in our national records.

We understand that your constituent is frustrated by the progress of his/her application. In order to fulfill its mission to provide immigration benefits and services to the public, USCIS must balance its obligations to the individual applicant against its obligations to the public as a whole. While we strive to process applications timely and fairly, we must also ensure that our policies and procedures will safeguard the public. Consequently, we have adopted background security check procedures that address a wide range of possible risk factors, requiring various levels of scrutiny based on the type of application under consideration.

Given the number of applications submitted and the significance of immigration benefits, it is inevitable that some applications will require more attention than others. USCIS relies primarily on three background check mechanisms: the Interagency Border Inspection System (IBIS) name check, the FBI fingerprint check, and the FBI name check. For the vast majority of applicants, these mechanisms allow USCIS to quickly determine whether there are any criminal or security related eligibility issues. In the remaining cases, often referred to as "pending," a match of some kind has been identified and must be resolved before any decision can be made on the petition or application. USCIS does not share with applicants or their representative's information regarding the specific nature of the match or the nature or status of any investigation.

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an explanation directed to the District Director for consideration with supporting evidence. The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

3/19/2007

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

We appreciate your patience and understanding.

Sincerely,

Ruth A. Dorochoff
District Director

---

**From:**
**Sent:** Tuesday, March 06, 2007 11:47 AM
**To:** CHI-Congressional1
**Subject:** FW: A 76 773 946 Mohammad Sayyahin
**Importance:** High

---

**From:** Love, Kai (Durbin)
**Sent:** Tuesday, March 06, 2007 11:06 AM
**To:** CHI-Congressional
**Subject:** A 76 773 946 Mohammad Sayyahin
**Importance:** High

We have not yet received a response to the inquiry below.

Thanks,

Kai

Mr. Sayyahin is seeking the status of his I-485 petition. The address provided is:



We have a privacy release form on file.

Thanks,

Kai

******************************************************

3/19/2007