**FILED**
**JANUARY 3, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 65**



**JUDGE MORAN**
**MAGISTRATE JUDGE SCHENKIER**

Name: **Mohammad Sayyahin**
Appointment Type: Question about case
Confirmation No.: CHI-07-6648
Appointment Date: March 8, 2007
Authentication Code: f327
Appointment Time: 11:45 AM

Location: 101 W. CONGRESS PARKWAY, Chicago, IL 60605; LOBBY

This is your Confirmation Number:


*CHI-07-6648*

If you wish to cancel this appointment, you will need the following Personal Identification Number:
81221

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

**EXHIBIT 7**