**FILED**
**JANUARY 3, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 65**

**JUDGE MORAN**
**MAGISTRATE JUDGE SCHENKIER**

From: ~~Belmonte, Paula~~

Sent: Thursday, September 06, 2007 11:04 AM
To: Belmonte, Paula
Subject: RE: A 76 773 946 / Mohammed Sayyahin / I 485

The Honorable Daniel Lipinski
U.S. Representative
Attn: ~~Paula Belmonte~~

September 6, 2007

A76-773-946 Mohammed Sayyahin

Dear Congressman Lipinski:

This is in response to your inquiry on behalf of your constituent Mohammed Sayyahin. The U. S. Citizenship and Immigration Services (USCIS) records indicate that your constituent's case is under further review by the adjudicating officer along with assistance of other agencies pertaining to the bonafides of the documented evidence they submitted in support of their application and/or petition for the immigration benefit your constituent is seeking. Cases are referred for additional review for a variety of reasons, which in the interest of upholding the United States immigration laws both in terms of enforcement and in terms of right to privacy, may not be disclosed. It is difficult to predict with accuracy when this review will be completed.

I hope this information is of assistance to you and please be assured that every effort is being made to render a final decision in a timely manner.

Sincerely,

*Robert L. Blackwood*

Robert L. Blackwood
Field Office Director

---

From:
Sent: Wednesday, May 16, 2007 8:21 AM
To: CHI-Congressional1
Subject: FW: A 76 773 946 / Mohammed Sayyahin / I 485

From: ~~Belmonte, Paula~~ [mailto:~~Paula.Belmonte@mail.house.gov~~]
Sent: Tuesday, May 15, 2007 4:03 PM

EXHIBIT 8

9/6/2007