**FILED**
**JANUARY 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 65**



| | |
|---|---|
| Name: | **Mohammad Sayyahin** |
| Appointment Type: | ADIT Processing |
| Confirmation No.: | CHI-07-23668 |
| Appointment Date: | **August 23, 2007** |
| Appointment Time: | **9:15 AM** |
| Location: | 101 W. CONGRESS PARKWAY, Chicago, IL 60605; LOBBY |

Authentication Code: f327

**JUDGE MORAN**
**MAGISTRATE JUDGE SCHENKIER**

This is your Confirmation Number:  ☒ CHI-07-23668

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
*53451*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.

**EXHIBIT 9**

https://infopass.uscis.gov/infopass.php