**FILED**
**JANUARY 3, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 65**

**JUDGE MORAN**
**MAGISTRATE JUDGE SCHENKIER**

Omar Abuzir

| | |
|---|---|
| **From:** | CHI245INQUIRY [chi245inquiry@dhs.gov] |
| **Sent:** | Thursday, November 15, 2007 12:53 PM |
| **To:** | ~~Omar Abuzir~~ |
| **Subject:** | RE: Mohammad Sayyahin (A76 773 946) |

To continue processing your client's application, his or her fingerprints must be (re)taken. A fingerprint notice was mailed to your client and a copy of the notice to you today.

Upon receipt of the fingerprint results, adjudication of your client's application will resume.

PLEASE DO NOT RESPOND TO THIS MESSAGE

Robert Blackwood
Field Office Director
USCIS District 14 (Chicago Field Office)
101 W Congress Pkwy, Chicago, IL 60605

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you are not the intended recipient please contact the originator for disposition instructions.

---

**From:** ~~Omar Abuzir [mailto:oabuzir@kam-law.com]~~
**Sent:** Friday, September 28, 2007 1:03 PM
**To:** Chi245inquiry
**Subject:** FW: Mohammad Sayyahin (A76 773 946)

**From:** Omar Abuzir [mailto:oabuzir@kam-law.com]
**Sent:** Thursday, September 13, 2007 4:15 PM
**To:** 'CAO PILOT'
**Subject:** RE: Mohammad Sayyahin (A76 773 946)

| | |
|---|---|
| Applicant Name: | Mohammad Sayyahin |
| Alien No.: | A76 773 946 |
| Form: | I-485 |
| Date of Interview: | 9/18/06 |
| Interviewing Officer: | C. Pendley |

This shall serve as a follow up relating to the above referenced matter number. On August 23, 2007, an information officer at the Chicago District Office at USCIS informed me that the FBI name check is now clear. Accordingly, please proceed to adjudicate the applications.

~~Omar A. Abuzir~~
Attorney at Law
~~Khalaf, Abuzir & Mitchell, P.C.~~
~~10000 S. Roberts Road~~
~~Palos Hills, Illinois 60465~~
~~tel (708)233-1100~~
~~fax (708)233-1161~~

**From:** CAO PILOT [mailto:CAO.Pilot@dhs.gov]
**Sent:** Wednesday, May 16, 2007 2:45 PM
**To:** ~~Omar Abuzir~~
**Subject:** RE: Mohammad Sayyahin (A76 773 946)

11/29/2007



EXHIBIT 10

Dear ~~Mr. Abuzir~~:

Thank you for your e-mail to the U.S. Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

The processing of your client's case has been delayed. A check of our records establishes that the case is not yet ready for decision, as the FBI's name check is still pending. Therefore, the required investigation into your client's background remains open.

Until the background investigation is completed, we cannot move forward on the case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete.

We trust that this information is helpful.

Sincerely,

*Lorraine Silva*
Customer Assistance Office
U.S. Citizenship and Immigration Services

---

**From:** ~~Omar Abuzir~~ [mailto:~~oabuzir@kam-law.com~~]
**Sent:** Friday, January 12, 2007 2:23 PM
**To:** 'CAO PILOT'
**Subject:** Mohammad Sayyahin (A76 773 946)

| | |
|---|---|
| Applicant Name: | Mohammad Sayyahin |
| Alien No.: | A76 773 946 |
| Form: | I-485 |
| Date of Interview: | 9/18/06 |
| Interviewing Officer: | C. Pendley |

Submitted request for evidence within 30 days after interview. Informed by IIO that all name/security checks have cleared. Has now been over 90 days since submission of request for evidence without adjudication of case.

~~Omar A. Abuzir~~
~~Attorney at Law~~
~~Khalaf, Abuzir & Mitchell, P.C.~~
~~10009 S. Roberts Road~~
~~Palos Hills, Illinois 60465~~
~~tel. (708)233-1498~~
~~fax (708)233-1464~~

11/29/2007