**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JANUARY 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 65**

In the Matter of                                   Case Number:

Mohammad Sayyahin (A 76 773 946)

v.

Chertoff, et al.

**JUDGE MORAN**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mohammad Sayyahin (A 76 773 946)

**J. N.**

| | |
|---|---|
| NAME (Type or print) | |
| Rebecca M Whiting | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Rebecca M. Whiting | |
| FIRM | |
| AzulaySeiden Law Group | |
| STREET ADDRESS | |
| 205 N. Michigan Ave., 40th Floor | |
| CITY/STATE/ZIP | |
| Chicago/IL/60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6294076 | 312.832.9200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |