## United States District Court for the Northern District of Illinois

Case Number: 08cv65                          Assigned/Issued By: j. n.

Judge Name: MORAN                            Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00

[ ] IFP          [ ] No Fee       [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____          Receipt #: 2436801_____

Date Payment Rec'd: 1-3-08_____   Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

4____ Original and 0____ copies on 1-3-08_____ as to U.S ATTNY; MICHAEL
                                   (Date)
CHERTOFF; DONALD FERGUSON; MICHAEL B. MUKASEY_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05