IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Mohammad Sayyahin ) | | |
| A 76 773 946 ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | No. | 08 C 65 |
| ) | Judge Moran | |
| Michael Chertoff, Secretary of ) | | |
| U.S. Department of Homeland Security; ) | | |
| Donald Ferguson, United States Citizenship ) | | |
| & Immigration Service, Chicago District Director; ) | | |
| Michael B. Mukasey, U.S. Attorney General; ) | | |
| and the United States of America. ) | | |
| ) | | |
| Defendants. ) | | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Mohammad Sayyahin (hereinafter "Sayyahin"), hereby dismisses all causes of action in the complaint against Respondents without prejudice.

Sayyahin is dismissing this action as there is no longer a basis for the relief sought. This action was brought to compel adjudication of Sayyahin's properly filed application for adjustment of status under Section 245(a) the Immigration and Nationality Act. Since the complaint was filed, however, a decision has been made by Respondents in regards to Sayyahin's application. **See Exhibit 1**.

Respondents have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Therefore, dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

s/REBECCA M. WHITING
Rebecca M. Whiting

AzulaySeiden Law Group
Attorneys for Plaintiff
205 North Michigan Ave., 40th Floor
Chicago, IL 60601
(312) 832-9200
#6294076

NOTICE OF FILING

TO:

| | |
|---|---|
| US Attorney General<br>Michael B. Mukasey<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530 | District Director, USCIS<br>Donald Ferguson<br>101 West Congress Pkwy.<br>Chicago, IL 60605 |
| United States Attorney<br>219 South Dearborn, 5th Fl.<br>Chicago, IL 60604 | Office of General Counsel<br>Michael Chertoff<br>U.S. Dept. of Homeland Security<br>Washington, D.C.  20528 |

PLEASE TAKE NOTICE that on February 14, 2008, Sayyahin electronically filed with the United States District Court for the Northern District of Illinois his Notice of Dismissal.

s/REBECCA M. WHITING
Rebecca M. Whiting

AzulaySeiden Law Group
Attorneys for Plaintiff
205 North Michigan Ave., 40th Floor
Chicago, IL 60601
(312) 832-9200
#6294076