Attention: Ms Rebeca



U.S. Department of Homeland Security
101 W. Congress Parkway
Chicago, IL 60605

U.S. Citizenship
and Immigration
Services

January 11, 2008

Mohammed Sayyahin

Adj. Class: IR6

CC:

Dear Sir or Madam:

Please be advised that you have been granted permanent resident alien status as of January 11, 2008. This letter should not be regarded as proof of that status. You are being processed for an alien registration card, which will be mailed to you at the above address within the next few months. If you move from that address prior to receiving the card, please notify this office by mail of your new address. If you require proof of your status on order to travel, accept employment or other reason, you may come to one of our offices listed below for a temporary stamp. Bring this letter and your passport with you.

Sincerely,

*Robert L. Blackwood*

Robert L. Blackwood
Field Office Director

www.uscis.gov

**EXHIBIT 1**